## EAST v. WARDEN OF MARYLAND PENITENTIARY

[App. No. 39, September Term, 1961.]

*Decided December 7, 1961.*

Before HAMMOND, PRESCOTT, HORNEY, MARBURY and SYBERT, JJ.

PER CURIAM.

For the reasons stated in the well-reasoned opinion filed by Chief Judge Gray in the lower court, the application of Alton James East for leave to appeal from the order denying him post conviction relief from his imprisonment for armed robbery is hereby denied.

*Application denied.*